REBECCA KOPLIN, APPELLANT, v. VILLAGE OF SOUTH
ORANGE ET AL., RESPONDENTS.

Argued October 25, 1928—Decided February 4, 1929.

For the appellant, *Feit & Feit.*

For the respondent, *Riker & Riker.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CAMPBELL, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 10.

*For reversal*—None.